USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/04/2026

## THE JACOB D. FUCHSBERG LAW FIRM, LLP

3 PARK AVENUE, SUITE 3700
NEW YORK, NEW YORK 10016
TEL: (212) 869-3500
FAX: (212) 398-1532
www.fuchsberg.com

ALAN L. FUCHSBERG
BRADLEY S. ZIMMERMAN*
ELI A. FUCHSBERG*
_____

KEITH H. GROSS
JOSEPH LANNI*
SHANNON MONTGOMERY*
CHRISTOPHER NYBERG*
WALTER OSUNA*°
NEAL BHUSHAN*
JAEHYUN OH*
_____

RIKKI B. DASCAL
HARDEEP SHERGILL
KEVIN LEE
EMMA KLEIN *
KRISTIN MCALPIN
_____

*ALSO ADMITTED IN NEW JERSEY
*ALSO ADMITTED IN CALIFORNIA
*ALSO ADMITTED IN PENNSYLVANIA

JACOB D. FUCHSBERG
(1913-1995)
_____

ROSALIND FUCHSBERG KAUFMAN
COUNSEL EMERITUS

KATHLEEN KETTLES
ANTHONY PAGAN
OF COUNSEL

June 3, 2026

**VIA CM/ECF**

Hon. Margaret M. Garnett
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED:** In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for June 5, 2026 is hereby adjourned sine die. The parties are directed to file a joint status letter to the Court on the status of settlement by 07/06/2026.

APPLICATION GRANTED

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

06/04/2026

Re:    **Marin Moreno et al. v. Ritchie, M.D. et al., 1:25-cv-8188 (MMG)**

Dear Judge Garnett and Judge Parker:

This office represents Plaintiffs, Karen Marin Moreno and John Croak, in the above-captioned matter. I write respectfully on behalf of all parties to advise the Court that, through discussions in advance of the Settlement Conference scheduled for June 5, 2026 with Judge Parker, the parties reached a resolution in principle of this action. The parties will exchange settlement papers in the coming days, prior to formally discontinuing the action after Plaintiffs' receipt of the settlement funds.

Accordingly, the parties respectfully request that the Court cancel the Settlement Conference with Judge Parker currently scheduled for June 5, 2026 at 10:00 a.m. The parties also request that they be allowed to provide a joint update to the Court on the status of settlement in 30

days, on or before July 3, 2026, and that the Court stay all the subsequent discovery deadlines in this matter in the interim.

The parties sincerely thank the Court for the Court's attention to this matter and for its assistance in reaching this resolution in principle.

Sincerely,
*/s/ Jaehyun Oh*
Jaehyun Oh
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York 10016
Tel.: (212) 869-3500
j.oh@fuchsberg.com

cc: Counsel of Record (by ECF)